**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

NGL ENERGY PARTNERS LP, )
)
Plaintiff, )
)
v. ) Case No. 23-CV-005-GKF-SH
)
VINCENT OSTERMAN, )
)
Defendant. )

**ORDER TO SHOW CAUSE**

Pursuant to the Federal Rules of Civil Procedure, plaintiff must serve defendant "within 90 days after the filing of the complaint." Fed. R. Civ. P. 4(m). Plaintiff NGL Energy Partners, LP, filed the Complaint in this case on January 5, 2023. To date, plaintiff has not filed a return of service indicating that defendant Vincent Osterman has been served. Plaintiff has, therefore, failed to timely serve defendant under Fed. R. Civ. P. 4(m).

Within fourteen (14) days from the date this Order is filed, or by April 21, 2023, plaintiff NGL Energy Partners, LP, shall file a return of service showing defendant was properly served or show good cause for its failure to serve defendant, or its claims against defendant Vincent Osterman may be dismissed without prejudice.

IT IS SO ORDERED this 7th day of April 2023.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE